HARVEY LITCHFIELD, *as Commissioner*, *etc.*, *Appellant*, *v.* THOMAS FITZGERALD, *Respondent.* — Motion for reargument denied.

CHARLES E. BEARD, *Respondent*, *v.* DANIEL F. CRIDLER, *Appellant.* — Motion denied with leave to either party to produce a certified copy of the notice of appeal to the County Court, on the argument of the appeal in this court, without costs to either party.

CAROLINE PARKINSON, *Appellant*, *v.* THOMAS PARKINSON, *Respondent.* — Motion to dismiss appeal granted, without costs to either party. *Held*, that the plaintiff having accepted the money which the order appealed from directed to be paid cannot maintain the appeal.

MARVIN W. PHILLIPS, *Respondent*, *v.* STILES B. ELLSWORTH, *Appellant.* — Motion for leave to appeal to the Court of Appeals denied.

J. DUPHA REEVES, *as Trustee, etc.*, *Appellant*, *v.* EDWIN K. BURNHAM and others, *Respondents.* — Ordered, that the memorandum of decision heretofore made herein by the General Term, and the order and judgment entered thereon, be so modified as that they shall direct a reversal of the judgment appealed from and a new trial before another referee, with costs to abide final award of costs in the action.

SAME *v.* SAME. — Two appeals. Each appeal dismissed, without costs to either party.

WILLIAM SOMERVILLE, *Appellant*, *v.* CHARLES H. METCALF and others, *Respondents.* — Motion denied.

EDWARD B. COLLINS, *Respondent*, *v.* HENRY ROCKWOOD, *Appellant.* — Motion denied. (*Roe* v. *Hansen*, 5 Lans., 304.)

JAMES DERRICK, *Appellant*, *v.* WILLIAM B. HUBBARD, *Respondent*, *Impleaded, etc.* — Reargument ordered.

NATHAN COBB and others, *Respondents*, *v.* DWIGHT B. COWLES, *Appellant, Impleaded, etc.* — Motion denied.

ELIZABETH S. WILLIAMS *v.* ORRIN F. BARTON. — Motion denied.

WILLIAM MAHER, *Respondent*, *v.* S. HATCH GOULD and another, *Appellants.* — Motion denied.

WILLIAM KANNA, *Respondent*, *v.* MICHAEL KESTER, *Appellant.* — Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondents*, *v.* JAMES D. BUCKLEY, *Appellant.* — Motion for leave to appeal to the Court of Appeals granted.

THE FIRST NATIONAL BANK OF HORNELLSVILLE, *Appellant*, *v.* JOHN S. COMBS, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. MACOMBER, J., not participating in decision.

HUBBARD FOSTER and others, *Respondents*, *v.* THE CITY OF BUFFALO, *Appellant.* — Order affirmed, with ten dollars costs and disbursements, on opinion of Mr. Justice HAIGHT at Special Term.